DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHARON HICKS,**
Appellant,

v.

**REGINALD HICKS, et al.,**
Appellee.

No. 4D20-2593

[July 22, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. PRC07-5967.

Carlton Pierce of Carlton Pierce, P.A., West Palm Beach, for appellant.

Darren K. Edwards of Darren K. Edwards, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH, and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***